```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/12
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
IN RE: DIGITAL MUSIC ANTITRUST        :    MASTER FILE
LITIGATION                            :    1:06-MD-01780 (LAP)
:
This document relates to: All Actions :
:
------------------------------------------------------------x

## STIPULATION AND [REDACTED] ORDER

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiffs and Defendants in the above-captioned action, as follows:

**WHEREAS**, on August 15, 2011, the Court entered a Scheduling Order pursuant to Stipulation of the Parties (Dkt. No. 158) ("Scheduling Order").

**WHEREAS** Paragraph 9 of the Scheduling Order provides that, by August 31, 2012, the Parties shall either jointly or individually propose a schedule for the briefing of a motion to certify a class.

**WHEREAS** the Parties believe that, in light of their ongoing meet-and-confer discussions regarding their respective discovery requests and objections thereto, it would be appropriate to briefly continue the deadline for the parties to propose a schedule for class certification briefing, to allow for the resolution of the meet-and-confer process.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT**, subject to the Court's approval, Paragraph 9 of the Scheduling Order be amended as follows:

9. The Parties shall confer on a class certification briefing schedule and jointly or individually propose a briefing schedule to the Court by the later of October 31, 2012 or 60 days following the resolution of all motions to compel or for a protective order that are filed on or before October 31, 2012.

DATED: August 29, 2012

LOVELL STEWART HALEBIAN
JACOBSON LLP

By: /s/ Christopher Lovell (CL-2595)
61 Broadway, Suite 501
New York, New York 10006
(212) 608-1900
*Attorneys for Plaintiffs*

DATED: August 29, 2012

ROBBINS GELLER RUDMAN & DOWD
LLP

By: /s/ Bonny E. Sweeney
Alexandra S. Bernay
65 West Broadway, Suite 1900
San Diego, CA 92101
Tel.: (619) 231-1058
Fax: (202) 383-6610
*Attorneys for Plaintiffs*

DATED: August 29, 2012

GIBSON, DUNN & CRUTCHER LLP

Scott A. Edelman
2029 Century Park East
Los Angeles, CA 90067-3026
(310) 552-8500

By: /s/ Joseph Kattan
Joseph Kattan, PC
1050 Connecticut Ave., N.W.
Washington, District of Columbia 20036-5306
(202) 955-8500
*Attorneys for Defendant
SONY MUSIC ENTERTAINMENT*

| | |
|---|---|
| DATED: August 29, 2012 | MUNGER, TOLLES & OLSON LLP |
| | By: /s/ Glenn D. Pomerantz<br>Glenn D. Pomerantz<br>Kelly M. Klaus<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, California 90071-1560<br>(213) 683-9100<br>*Attorneys for Defendant*<br>*UMG RECORDINGS, INC.* |
| DATED: August 29, 2012 | MAYER BROWN LLP |
| | By: /s/ Richard M. Steuer<br>Richard M. Steuer<br>1675 Broadway<br>New York, New York 10019-5820<br>Tel.: (212) 506-2530<br>*Attorneys for Defendants*<br>*CAPITOL RECORDS, INC. d/b/a EMI MUSIC NORTH AMERICA, EMI GROUP NORTH AMERICA, INC., CAPITOL-EMI MUSIC, INC. and VIRGIN RECORDS AMERICA, INC.* |
| DATED: August 29, 2012 | SIMPSON THACHER & BARTLETT LLP |
| | By: /s/ Jonathan K. Youngwood<br>Jonathan K. Youngwood<br>425 Lexington Avenue<br>New York, New York 10017-3954<br>Tel.: (212) 455-2000<br>*Attorneys for Defendant*<br>*WARNER MUSIC GROUP CORP.* |

SO ORDERED

/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
August 30, 2012

3